IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DRETON MITCHELL, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-2762-B-BW |
| | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the federal claims in the *Complaint for 1681e(b), 1681i, 1681s-2(b), TBC Code and Demand for Jury Trial* (Dkt. No. 3) will be **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim and the state law claims will be **DISMISSED** without prejudice to their being refiled in state court.

**SO ORDERED** this 11th day of August, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE